1
2
3
4
5
6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                   AT SEATTLE

8   RICHARD COUSINS,

9                          Petitioner,          Case No. C17-1400-JCC-BAT

10          v.                                  **SERVICE ORDER**

11  ELAINE C. DUKE, et al.,

12                         Respondents.

13          Petitioner, by counsel, seeks habeas relief under 28 U.S.C. § 2241. The Court has

14  reviewed the petition, and Court **ORDERS**:

15          (1)     If not already accomplished, electronic posting of this Order and petitioner's §

16  2241 habeas petition shall effect service upon the United States Attorney of the petition and all

17  supporting documents.  Service upon the United States Attorney is deemed to be service upon

18  the local Field Office Director for U.S. Immigration and Customs Enforcement ("ICE"), the

19  Director of ICE, the Secretary of the Department of Homeland Security, the Director for the

20  Executive Office for Immigration Review, and the Warden of the Northwest Detention Center.

21          (2)     By **October 17, 2017**, respondents shall file a return and status report. *See* 28

22  U.S.C. Sec. 2243. The return shall explain why the Court should not grant the  petition, shall

23  include a memorandum of authorities supporting respondent's position, and shall state whether

an evidentiary hearing is necessary.

(3)     Respondents shall note the return for **November 17, 2017**.  Petitioner's reponse is due **November 13, 2017**.

(4)     If petitioner's custody status changes, the parties shall **file a status update with the Court as soon as possible** and no later than 14 days after the change.

(5)     The Clerk shall provide a copy of this Order to all counsel and the assigned District Judge.

DATED this 18th day of September, 2017.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge