# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RICHARD COUSINS,

        Petitioner,

v.

ELAINE DUKE, et al.,

        Respondents.

CASE NO. C17-1400-JCC-BAT

**ORDER DIRECTING RESPONDENTS TO FILE EXHIBIT**

Respondents' motion to dismiss discusses an audio recording of petitioner's April 26, 2017 *Rodriguez* bond hearing. The CD of the recording, however, never made it to the Clerk's office. Accordingly, the Court **ORDERS** respondents to file a copy of the CD with the Clerk's office by **December 12, 2017**. The Clerk is directed to RE-NOTE respondents' motion to dismiss, Dkt. 6, for December 12, 2017.

DATED this 6th day of December, 2017.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

ORDER DIRECTING RESPONDENTS TO
FILE EXHIBIT - 1